

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-92,544-01

### EX PARTE FREDERICK JERMAINE JEFFERY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1528672-A IN THE 182ND DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Applicant was convicted of possession of a controlled substance and sentenced to twenty-five years' imprisonment. The First Court of Appeals affirmed his conviction. *Jeffery v. State*, No. 01-18-00320-CR (Tex. App. — Houston [1ˢᵗ Dist.] Feb. 21, 2019) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On October 21, 2019, the trial court entered an order designating issues. The trial court also appointed habeas counsel to represent Applicant on October 24, 2019. However, based on various inquiries made by Applicant after that date about the status of his application, it does not appear that appointed habeas counsel ever communicated with Applicant, and may not be aware of his

appointment. The district clerk properly forwarded this application to this Court under Texas Rule of Appellate Procedure 73.4(b)(5). However, the application was forwarded before the trial court made findings of fact and conclusions of law. We remand this application to the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: June 9, 2021
Do not publish